**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SHIRLEY MILAN**                                                                            **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 5:07CV227-DCB-JMR**

**DELTA REGIONAL MEDICAL CENTER;
QUORUM HEALTH RESOURCES, LLC; and
John Doe Defendants 1-10**                                             **DEFENDANTS**

## ORDER TRANSFERRING CASE

**THIS CAUSE** having come before the Court on the Joint Motion for Transfer of Venue, and the Court, having been advised that the parties have agreed to the relief sought therein, does find that this case should be transferred to the Northern District of Mississippi, Greenville Division, pursuant to 28 U.S.C. § 1406.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is transferred to the Northern District of Mississippi, Greenville Division.

**SO ORDERED AND ADJUDGED** this the __22nd__ day of May, 2008.

                                                                                 __s/ David Bramlette__
                                                                             **UNITED STATES DISTRICT JUDGE**