IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHIRLEY MILAN                                                                                      PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 4:08CV69-P-S

DELTA REGIONAL MEDICAL CENTER                                            DEFENDANT

## ORDER

This cause is before the Court on the plaintiff's Motion to Stay Proceedings and to Re-Set Scheduling Deadlines [28]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Stay Proceedings and to Re-Set Scheduling Deadlines [28] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this action is hereby STAYED until further order of the Court. IT IS FURTHER ORDERED that the deadlines imposed in the Case Management Order entered on September 23, 2008 are hereby SET ASIDE.

SO ORDERED, this the 27th day of January, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE