IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHIRLEY MILAN                                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:08-CV-69-WAP-DAS

DELTA REGIONAL MEDICAL CENTER
and ELIGAH JOHNSON                                    DEFENDANTS

## AGREED ORDER EXTENDING DEADLINES

This cause came on for consideration of the Plaintiff's *ore tenus* motion to extend certain deadlines, and the Court being advised that the Defendants do not object and that the parties represent that such extension will not interfere with the trial date or pre-trial conference;

IT IS ORDERED that the deadlines be so extended as follows:

1. Plaintiff's expert witnesses shall be designated on or before December 23, 2009;

2. Defendant's expert witnesses shall be designated on or before January 22, 2010;

3. DISCOVERY: All discovery shall be completed by February 23, 2010; and

4. MOTIONS: All dispositive motions shall be filed by March 15, 2010.

SO ORDERED this the 26th day of October, 2009.


                                                      /s/David A. Sanders
                                                      **UNITED STATES MAGISTRATE JUDGE**


AGREED AND APPROVED:


s/William W. Fulgham                      s/P. Scott Phillips
William W. Fulgham (MB # 99159)        P. Scott Phillips (MB # 4168)
Erin S. Rodgers (MB # 99541)              Renetha L. Frierson (MB # 103005)
*Attorneys for Plaintiff*                         *Attorneys for Defendant*