**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SHIRLEY MILAN**                                                       **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 4:08-CV-69-P-B**

**DELTA REGIONAL MEDICAL CENTER;**
**and ELIGAH JOHNSON**                                           **DEFENDANTS**

## ORDER ON EMERGENCY MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT

**THIS CAUSE** having come before the Court on the Emergency Motion to Restrict Public Access to Exhibit [Doc. 55] and the Court, after considering same, does find that said motion is well taken and should be sustained. IT IS, THEREFORE, ORDERED AND ADJUDGED:

That the clerk is hereby ordered to remove Exhibit E (Part 2) filed with the Motion for Protective Order [Doc. 53] from public view to the general public.

**SO ORDERED** This the 15th day of January 2010.

                                                      /s/David A. Sanders
                                                      **UNITED STATES MAGISTRATE JUDGE**